# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0455

VERSUS

CHRISTOPHER WESLEY

**JULY 29, 2024**

---

In Re:     Christopher Wesley, applying for supervisory writs, 20th
           Judicial District Court, Parish of West Feliciana, No.
           23-WCR-083.

---

**BEFORE:     CHUTZ, GREENE, AND STROMBERG, JJ.**

    **WRIT DENIED.**  A pleading is construed for what it really is,
not for what it is erroneously called.  See **Rochon v. Young**, 2008-
1349 (La. App. 1st Cir. 2/13/09), 6 So.3d 890, 892, writ denied,
2009-0745 (La. 1/29/10), 25 So.3d 824, cert. dismissed, 560 U.S.
921, 130 S.Ct. 3325, 176 L.Ed.2d 1216 (2010). Although relator
captioned his pleading as a petition for writ of habeas corpus ad
subjiciendum, the remedy he seeks is in the nature of a request
for postconviction relief.  See La. Code Crim. P. art. 924(1).
Applications for postconviction relief shall be filed in the parish
in which the petitioner was convicted.  La. Code Crim. P. art.
925.  Relator was convicted in Ouachita Parish, but filed his
petition for habeas corpus in West Feliciana Parish. Accordingly,
the district court correctly denied relator's petition. Relator
must file his pleading with the Fourth Judicial District Court,
which is the proper venue.

**WRC**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT